UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIC TROTTER,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:21-cv-1302-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No.  2) |

   Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.

   Accordingly, it is **ORDERED**:

   1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

   2. The Clerk is directed to issue the Scheduling Order and summons.  **Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.**

Dated:   August 31, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE